# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Lila Follett, | : | Case No. 2:21-cv-03155 |
| Plaintiff, | : | |
| v. | : | Judge Edmund A. Sargus |
| | : | Magistrate Judge: Chelsey M. Vascura |
| City of Belpre, *et al.* | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION

Please take notice that Defendants City of Belpre and Denzil Ray will take the deposition of Lila Follett, on **Tuesday April, 5, 2022** beginning at **10:00 a.m.** The deposition will be held at the Spitz Law Firm, 1103 Schrock Road, Suite 307, Columbus, Ohio 43229. The Deposition will be recorded by stenographic means.

Respectfully submitted,

/s/ Stephanie L. Schoolcraft
Stephanie L. Schoolcraft (0090682)
Daniel T. Downey (0063753)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
7775 Walton Parkway Suite 200
New Albany, OH  43054
(614) 221-1216 - Telephone
(614) 221-8769 - Facsimile
sschoolcraft@fisheldowney.com
ddowney@fisheldowney.com
*Counsel for Defendants City of Belpre and Denzil Ray*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the foregoing Notice of Deposition was served, via the Court's CM/ECF system, upon all counsel this 10th day of February, 2022.

              /s/ Stephanie L. Schoolcraft
              Stephanie L. Schoolcraft (0090682)
              **FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
              *Counsel for Defendants City of Belpre and Denzil Ray*

PERSO\PERSO Litigation\Follett Lawsuit\Pleadings (word)\Notice of Deposition .docx